**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

JOSEFINA SANTANA HERNANDEZ,
Petitioner,
v.
CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center, et al.,
Respondents.

Case No.: 26cv5732 DMS (DDL)

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return asserting Petitioner is subject mandatory detention under 8 U.S.C. § 1225(b), but acknowledge this Court has repeatedly "inferred a constitutional right against prolonged mandatory detention." Given those prior rulings and the length of Petitioner's detention, they concede the Court should grant Petitioner relief in the form of a bond hearing.

Given the allegations in the Petition, which Respondents do not dispute, the Court agrees with Petitioner that the proper remedy here is release, not a bond hearing. *See Galan v. LaRose*, Case No. 26cv1042 DMS (MSB), ECF No. 19 at 4, and *Alvarez Gallardo v. Attorney General*, Case No. 26cv2273 DMS (JLB), ECF No. 7 at 2-3. Accordingly, Respondents shall release Petitioner from custody forthwith, and shall not re-detain her

without first providing a pre-deprivation hearing before a neutral decisionmaker at which Respondents must prove there are material, changed circumstances related to flight risk or danger to the community that warrant Petitioner's re-detention. The parties shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: November 16, 2026

Hon. Dana M. Sabraw
United States District Judge